UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SHAFAYETTE SAKIF, an infant by
his Parents and Natural Guardians,
SADIA BEGUM and MOHAMMED UDDIN,
and SADIA BEGUM and MOHAMMED UDDIN,   :   AFFIDAVIT OF SERVICE BY
individually,                          :   MAIL
                                       :   CV# 06 CV 2719
                        Plaintiffs,    :   Judge Batts

            -against-

UNITED STATES OF AMERICA,
                        Defendant.   :
----------------------------------------X
STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NASSAU     )

    BONNIE CHRISTENSEN, deposes and says:

    1. That she is over the age of eighteen (18) years of age and resides at Elmont, New York.

    2. That on April 7, 2006, deponent served the within SUMMONS AND COMPLAINT by depositing a true copy thereof in a properly sealed, certified mail and return receipt postpaid envelope, in a post office box regularly maintained by the Post Office of the United States addressed as follows:

TO:    DAVID N. KELLY, ESQ.
       U.S. ATTORNEY'S OFFICE
       SOUTHERN DISTRICT OF NEW YORK
       THE SILVIO J. MOLLO BLDG.
       ONE SAINT ANDREW'S PLAZA
       NEW YORK, NEW YORK 10007

       ATTORNEY GENERAL
       ANDREW GONZALEZ, ESQ.
       U.S. DEPARTMENT OF JUSTICE
       950 PENNSYLVANIA AVENUE, NW
       WASHINGTON, D.C. 20530-0001

that being the address designated on the latest papers served by them in this action.

*Bonnie Christensen*
BONNIE CHRISTENSEN

Sworn to before me this
7th day of April, 2006.

*Ivory Frank*
Notary Public

IVORY FRANK
Notary Public, State of New York
No.01FR6136542
Qualified in Queens County
Commission Expires November 7, 20 09