UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - :

SAKIT Plaintiff(s)

- against -

USA Defendant(s)

- - - - - - - - - - - - - - - - - - - :

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

06 Civ. 2719 (DAB) (AJP)

IT IS HEREBY STIPULATED by the undersigned:

1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Attorney(s) for Plaintiff(s)
Address 1 Hollow Lane, Lake Success NY 11042
Telephone (516) 684-2900

Attorney(s) for Defendant(s)
Address U.S. Attorney's Office
86 Chambers St, 3d Fl.
NY, NY 10007
Telephone 212-637-1945
212-637-2750 (fax)

Attorney(s) for _____
Address
Telephone

Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED.

Deborah A. Batts
U.S.D.J.

Magistrate Judge PECK was assigned this case on 10-20-06

For: Clerk U.S.D.C. S.D.N.Y.