UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHAFAYETTE SAKIF, et al., :

        Plaintiffs, : 06 Civ. 2719 (AJP)

    -against- : ORDER SCHEDULING
                                                                       INITIAL PRETRIAL CONFERENCE

UNITED STATES OF AMERICA, :

        Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

        IT IS HEREBY ORDERED that a conference is scheduled for October 27, 2006 at 2:30 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

        Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

        SO ORDERED.

Dated:     New York, New York
             October 23, 2006

                                               Andrew J. Peck
                                             United States Magistrate Judge

Copies **by fax & ECF** to:    Annamarie Bondi-Stoddard, Esq.
                                         Matthew L. Schwartz, Esq.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/23/06]