UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SHAFAYETTE SAKIF, et al.,               :

            Plaintiffs,         :       06 Civ. 2719 (AJP)

     -against-                        :       RULE 16 INITIAL PRETRIAL
                                                                                CONFERENCE ORDER

UNITED STATES OF AMERICA,               :

           Defendant.         :

------------------------------------- x

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/27/06**

**ANDREW J. PECK, United States Magistrate Judge:**

       Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on October 27, 2006 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

       1.     All fact discovery must be completed by April 30, 2007. Expert reports must be served by May 4, 2007 plaintiffs, May 18, 2007 defendant, plaintiffs' rebuttal May 25, 2007. Expert discovery cutoff is June 29, 2007.

       2.     A status conference will be held before the undersigned on December 18, 2006 at 9:30 a.m. in Courtroom 20D (500 Pearl Street).

2

3.   The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was provided at the conference.

SO ORDERED.

DATED:   New York, New York
         October 27, 2006

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Rhonda L. Meyer, Esq.
                              Matthew L. Schwartz, Esq.

C:\ORD\16RULES