USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/07

**P&E**

## PEGALIS & ERICKSON, LLC
### ATTORNEYS AND COUNSELORS AT LAW

STEVEN E. PEGALIS
MEMBER OF NEW YORK & PENNSYLVANIA BARS

STEPHEN E. ERICKSON
MEMBER OF NEW YORK & NEW JERSEY BARS

ANNAMARIE BONDI-STODDARD
MEMBER OF NEW YORK & NEW JERSEY BARS

JAMES B. BAYDAR

SANFORD S. NAGROTSKY

RHONDA L. MEYER

GERHARDT M. NIELSEN

ROBERT V. FALLARINO
MEMBER OF NEW YORK & DISTRICT OF COLUMBIA BARS

LINDA M. OLIVA

1 HOLLOW LANE
SUITE 107
LAKE SUCCESS, NEW YORK 11042

(516) 684-2900
(212) 517-9995
(718) 507-7171
TOLL FREE (888) 633-6257
FAX (516) 684-2939
www.pegalisanderickson.com

DORI ANN CACIOPPO, RN
NURSE CONSULTANT

**MEMO ENDORSED**
-/12

April 18, 2007

RECEIVED
APR 18 2007
CHAMBERS OF
ANDREW J. PECK

<u>VIA FACSIMILE - 212-805-7933</u>

Hon. Andrew J. Peck
Unites States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Suite 1370
New York, New York 10007

  Re: Sakif, et al. v. The United States
    No. 06 CV 2719 (AJP)

Dear Judge Peck:

  As you may recall, the United States Department of Health and Human Services has declined to certify as federal employees, Bronx Lebanon Hospital personnel with regard to the involvement in this present case.

  At our last conference on April 5, 2007, you requested that we report back to you by tomorrow as to how we would be proceeding in this matter. We were just informed today that counsel has been assigned for both the hospital and the attending physician, Dr. Ham. We have been informed that Aaronson, Rappaport, Feinstein & Deutsch and Dwyer & Taglia will be representing the interests of the parties.

  We are requesting an extension of two weeks in which to give you a further status report. We are forwarding copies of the

**PEGALIS & ERICKSON, LLC**

Hon. Andrew J. Peck
April 18, 2007
Page 2

pleadings as well as pertinent transcripts in this matter and hope to work out with newly assigned counsel the procedural issues of pursuing the case in the Supreme Court in the Bronx. According to Court documents, the Supreme Court case has never been discontinued and the index number is active.

Thank you for your assistance in this matter. If you have any questions, please do not hesitate to contact me.

Very truly yours,

PEGALIS & ERICKSON, LLC

Rhonda L. Meyer

RLM:bc
cc: Gary Dwyer 212-227-6050 (via facsimile)
Dwyer & Taglia

Elliot Zucker 212-593-6970 (via facsimile)
Aaronson, Rappaport, Feinstein & Deutsch

Matthew Schwartz - 212-637-2750 (via facsimile)
U.S. Attorney's Office

**MEMO ENDORSED** 4/18/07

1. Letter of 4/13 APPROVED
2. Ms Meyer to fax this order to all other counsel.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

copy to: Ms Meyer

**BY FAX**

**MEMO ENDORSED**·

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing a copy to all counsel and retaining verification of such in counsel's case file. Do not fax or mail such verification to Chambers.

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:          (212) 805-7933
Telephone No.:    (212) 805-0036

Dated:  April 19, 2007                     Total Number of Pages: 3

| TO | FAX NUMBER |
|---|---|
| Rhonda L. Meyer, Esq. | 516-684-2939 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 4/18/07**

1. Extension to 5/3 **APPROVED**.

2. Ms. Meyer is to fax this order to all other counsel.