

## PEGALIS & ERICKSON, LLC
### ATTORNEYS AND COUNSELORS AT LAW

STEVEN E. PEGALIS
MEMBER OF NEW YORK & PENNSYLVANIA BARS

STEPHEN E. ERICKSON
MEMBER OF NEW YORK & NEW JERSEY BARS

ANNAMARIE BONDI-STODDARD
MEMBER OF NEW YORK & NEW JERSEY BARS

JAMES B. BAYDAR

SANFORD S. NAGROTSKY
———
RHONDA L. MEYER
GERHARDT M. NIELSEN
ROBERT V. FALLARINO
MEMBER OF NEW YORK & DISTRICT OF COLUMBIA BARS
LINDA M. OLIVA

1 HOLLOW LANE
SUITE 107
LAKE SUCCESS, NEW YORK 11042

(516) 684-2900
(212) 517-9995
(718) 567-7171
TOLL FREE (866) 633-6257
FAX (516) 684-2939
www.pegalisanderickson.com

DORI ANN CACIOPPO, RN
NURSE CONSULTANT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/07

May 2, 2007

RECEIVED
MAY -2 2007
CHAMBERS OF
ANDREW J. PECK

VIA FACSIMILE - 212-805-7933
Hon. Andrew J. Peck
Unites States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Suite 1370
New York, New York 10007

Re: Sakif, et al. v. The United States
No. 06 CV 2719(AJP)

Dear Judge Peck:

My office has attempted to stipulate to the discontinuance of the Federal Court action and proceed in Supreme Court Bronx under the original index number, with the consent of all counsel herein. Counsel for Bronx Lebanon, et al. has requested a one week adjournment from the May 3, 2007 date by which we were to come to some resolution of the issues.

If we are unable to resolve this matter by agreement by May 10, 2007, it is requested that a tentative conference date be established before you with all counsel present during the week of May 14, 2007.

Thank you for your attention to this matter.

Very truly yours,

**MEMO ENDORSED** 5/7/07

Approved. No further extensions will be granted.

PEGALIS & ERICKSON, LLC

Rhonda L. Meyer

RLM:bc

SO ORDERED
Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

## PEGALIS & ERICKSON, LLC

Hon. Andrew J. Peck
May 2, 2007
Page 2

cc: Gary Dwyer 212-227-6050 (via facsimile)
    Dwyer & Taglia

    Elliot Zucker 212-593-6970 (via facsimile)
    Aaronson, Rappaport, Feinstein & Deutsch

    Matthew Schwartz - 212-637-2750 (via facsimile)
    U.S. Attorney's Office

```
** Transmit Confirmation Report **
P.1
HON ANDREW J PECK SDNY Fax:212-805-7933          May  3 2007 10:25am
```

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912126372750 | Normal | 03, 10:24am | 0'22" | 2 | # O K | BrdCast |
| 915166842939 | Normal | 03, 10:24am | 0'24" | 2 | # O K | BrdCast |

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

Dated:  May 3, 2007                          Total Number of Pages: 2

| TO | FAX NUMBER |
|---|---|
| Rhonda L. Meyer, Esq. | 516-684-2939 |
| Annamarie Bondi-Stoddard, Esq. | 516-684-2939 |
| Matthew L. Schwartz, Esq. | 212-637-2750 |

**Translation:**

**MEMO ENDORSED 5/3/07**

Approved. No further extensions will be granted.

**SO ORDERED:**
Hon. Andrew J. Peck

cc:  All Counsel (via fax)