UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x

SHAFAYETTE SAKIF, et al.,          :

            Plaintiffs,     :     06 Civ. 2719 (AJP)

    -against-                     :     **ORDER SCHEDULING**
                                               **STATUS CONFERENCE**

UNITED STATES OF AMERICA,          :

           Defendant.      :

------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a status conference is scheduled for Monday, May 14, 2007 at 2:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Ms. Meyers is to fax this Order to any other counsel who should receive notification of this conference and they are not indicated below.

SO ORDERED.

Dated:        New York, New York
               May 10, 2007

                                                        Andrew J. Peck
                                                    United States Magistrate Judge

Copies **by fax & ECF** to:    Rhonda L. Meyer, Esq.
                                      Matthew L. Schwartz, Esq.
                                      Elliot Zucker, Esq.