

RECEIVED MAY 17 2007 CHAMBERS OF ANDREW J. PECK

# DWYER & TAGLIA
## ATTORNEYS AT LAW
### 111 JOHN STREET
### NEW YORK, NEW YORK 10038

TELEPHONE (212) 227-6000
FAX (212) 227-6050

PETER R. TAGLIA
GARY J. DWYER

OF COUNSEL

MARGARET M. COMPERIATI

May 17, 2007

Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/07

Re:   Sakif v. United States of America
      06 CIV 2719 (AJP)

Dear Judge Peck:

This law firm will accept service of process of an amended Complaint naming Dr. Lawrence Ham as a defendant in the Federal Court action if your Honor grants the plaintiffs' motion to amend the Complaint. The agreement to accept service of process on behalf of Dr. Ham is limited to the service of the amended pleading (if allowed by the Court) and is not a waiver by Dr. Ham of affirmative defenses of lack of subject matter jurisdiction, the expiration of applicable statutes of limitation or otherwise. Moreover, we have not yet received the plaintiffs' motion to amend the Complaint that must be served by Friday, May 18, 2007.

Thank you for your consideration of this matter.

Respectfully,

Gary J. Dwyer

GJD/jh

cc:   Rhonda L. Meyer, Esq.
      Pegalis & Erickson, LLC.

      Matthew L. Sewartz, Esq.
      U.S. Attorney's Office.

      Elliot Zucker, Esq.
      Aaronson, Rappaport, Feinstein & Deutsch, LLP.

**MEMO ENDORSED**
5/17/07
APPROVED
SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**