## CERTIFICATE OF SERVICE

I, RHONDA L. MEYER, an attorney with Pegalis & Erickson, LLC hereby certify that on May 18, 2007, I caused a copy of the Notice of Motion, the Memorandum of Law in Support of Plaintiffs' Motion, the Declaration of Rhonda L. Meyer, and the accompanying exhibits to be served, by fax and regular mail upon the following:

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attention: MATTHEW L. SCHWARTZ
Assistant United States Attorney
86 Chambers Street
New York, New York
Fax (212)637-2750

LISA BRONIKOWSKI, ESQ.
BRONX LEBANON HOSPITAL CENTER
1650 Selwyn Avenue
Bronx, New York 10457
Fax (718)960-1082

BRONX LEBANON HOSPITAL CENTER
c/o Risk Management Department
1650 Selwyn Avenue
Bronx, New York 10457
Fax (718)960-1082

LAWRENCE HAM, M.D.
BRONX LEBANON HOSPITAL CENTER
c/o Risk Management Department
1650 Selwyn Avenue
Bronx, New York 10457
Fax (718)960-1082

AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH, LLP
Attorneys for Defendants
BRONX LEBANON HOSPITAL, IRIS AMARANTE, MARIA EMERSON, M.D.,
DARA FORESTER and MAURICIO SILVA, M.D.
757 Third Avenue
New York, NY 10017
Fax (212)593-6970

```
DWYER & TAGLIA
Attorneys for Defendant
LAWRENCE HAM
111 John Street
New York, NY 10038
Fax (212)227-6050
```

Dated: Lake Success, New York
       May 18, 2007

_____
RHONDA L. MEYER