USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x

SHAFAYETTE SAKIF, et al.,                :

           Plaintiffs,                :       06 Civ. 2719 (AJP)

      -against-                          :       **ORDER**

UNITED STATES OF AMERICA,        :

           Defendant.                 :

----------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

The parties are to advise as to the status of the administrative review, by June 29, 2007.

SO ORDERED.

Dated:    New York, New York
           June 25, 2007

                                     Andrew J. Peck
                                 United States Magistrate Judge

Copies **by fax & ECF** to:    Rhonda L. Meyer, Esq.
                                 Matthew L. Schwartz, Esq.
                                 Gary J. Dwyer, Esq.
                                 Elliot J. Zucker, Esq.

C:\OPIN\