AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

ATTORNEYS AT LAW

757 THIRD AVENUE, NEW YORK, N.Y. 10017
212 593-6700
FAX: 212 593-6970

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/07

MEMBERS OF THE FIRM

Mark J. Aaronson
Lawrence D. Bloomstein
Neil F. Brenes
Richard V Caplan
Robert J. Cecala
Robert S. Deutsch
Susan Etra
Peter J. Fazio
Mark B. Feinstein

Craig P. Fenno
Michael M. Futterman
Andrew I. Kaplan
Steven Z. Kronovet
Philip D. Lerner
Nicholas J. Marotta
David A. Mayer
Robert S. Melnick
Daniel Nessim

Nancy L. Pennie
Jay A. Rappaport
Carol E. Russell
Barbara A. Ryan
Barry M. Schreiber
Dawn C. Shapiro
Alison R. Shields
Nancy A. Stephos
Elliott J. Zucker

ELLIOTT J. ZUCKER
(212) 593-8055
EJZUCKER@ARFDLAW.COM

**VIA FAX: (212) 805-7933**

July 5, 2007

HONORABLE ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE
DANIEL PATRICK MOYNIHAN UNITED
STATES DISTRICT COURT
500 Pearl Street, Room1370
New York, N.Y. 10007

MEMO ENDORSED 7/5/07

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

**Re: Sakif, et al. v. United States**
**Federal Docket No.: 06-CIV-2719 (AJP)**
**Our File No.: 0063-063**

**BY FAX**

Dear Judge Peck:

When I last wrote to Your Honor on June 29, 2007, I indicated that the hospital would try to inform the court by the end of this week with regard to whether it was going to appeal to the court itself the Department of Health and Human Services' recent decision denying Bronx Lebanon's request for reconsideration of its FTCA coverage decision (the court will note that, as of this writing, the hospital *still* has yet to receive a copy of HHS's decision directly from the government). Unfortunately, when I wrote that letter, I mistakenly failed to take into account the vacation schedules of the individuals who are making the decision with regard to whether to appeal. The relevant individuals at the hospital have been on vacation all of this week, and I myself will be out of the office next week. I therefore will not be able to inform the court with regard to the decision regarding a judicial appeal until the beginning of the week of July 16, 2007. I thank the court for its understanding, and apologize for my previous miscommunication.

Respectfully yours,

ELLIOTT J. ZUCKER
EJZ:rt

578670v1

July 5, 2007

RE: ***SAKIF V. UNITED STATES OF AMERICA***

***VIA FAX***:

cc: PEGALIS & ERICKSON (516) 684-2939
Attn: Rhonda L. Meyer

UNITED STATES ATTORNEYS OFFICE (212) 637-2750
Attn: Matthew L. Schwartz

DWYER & TAGLIA (212) 227-6050
Attn: Peter Taglia Esq.

# FAX TRANSMITTAL SHEET

**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
**Southern District of New York**
**United States Courthouse**
**500 Pearl Street, Room 1370**
**New York, N.Y. 10007-1312**

**Fax No.:** (212) 805-7933
**Telephone No.:** (212) 805-0036

**Dated:** July 5, 2007 **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Elliot J. Zucker, Esq. | 212-593-6970 |
| Peter Taglia, Esq. | 212-227-6050 |
| Matthew L. Schwartz, Esq. | 212-637-2750 |
| Rhonda L. Meyer, Esq. | 516-684-2939 |

## TRANSCRIPTION:

**MEMO ENDORSED 7/5/07**

**Counsel is to advise the Court of the Hospital's decision by no later than 7/18 – so this case can move forward one way or another.**