

# PEGALIS & ERICKSON, LLC
ATTORNEYS AND COUNSELORS AT LAW

STEVEN E. PEGALIS
MEMBER OF NEW YORK & PENNSYLVANIA BARS
STEPHEN E. ERICKSON
MEMBER OF NEW YORK & NEW JERSEY BARS
ANNAMARIE BONDI-STODDARD
MEMBER OF NEW YORK & NEW JERSEY BARS
JAMES B. BAYDAR
SANFORD S. NAGROTSKY

RHONDA L. MEYER
GERHARDT M. NIELSEN
ROBERT V. FALLARINO
MEMBER OF NEW YORK & DISTRICT OF COLUMBIA BARS
LINDA M. OLIVA

1 HOLLOW LANE
SUITE 107
LAKE SUCCESS, NEW YORK 11042
(516) 684-2900
(212) 517-9995
(718) 567-7171
TOLL FREE (866) 833-5257
FAX (516) 684-2939
www.pegalisanderickson.com

DORI ANN CACIOPPO, RN
NURSE CONSULTANT

September 20, 2007

VIA FACSIMILE - 212-805-7933
Hon. Andrew J. Peck
Unites States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Suite 1370
New York, New York 10007

**MEMO ENDORSED**

Re: Sakif, et al. v. The United States
No. 06 CV 2719 (AJP)

Dear Judge Peck:

As you are aware, you placed this matter on the suspense docket so that plaintiff could pursue the State Court action. We were able to obtain the consent for Bronx Lebanon Hospital to proceed in State Court. Counsel for the Hospital has stipulated to serve an answer on or before October 18, 2007. Plaintiff has agreed that individual answers need not be served for employee residents, Maria Emerson, M.D., Iris Amarante, M.D., Dara Forester, M.D. and Mauricio Silva, M.D. Plaintiffs have been unable to obtain the consent of Lawrence Ham, M.D. and as such, an Order to Show Cause has been filed in the Supreme Court, County of Bronx under the original index number. I will keep you advised as to the status of the State Court proceeding as information becomes available.

**PEGALIS & ERICKSON, LLC**

Hon. Andrew J. Peck
September 20, 2007
Page 2

    Thank you for your attention to this matter.

                            Very truly yours,

                            PEGALIS & ERICKSON, LLC

RLM:bc
                            Rhonda L. Meyer
cc: Nicholas Marotta 212-227-6050 (via facsimile)
    Dwyer & Taglia

    Elliot Zucker 212-593-6970 (via facsimile)
    Aaronson, Rappaport, Feinstein & Deutsch

    Matthew Schwartz - 212-637-2750 (via facsimile)
    U.S. Attorney's Office

**MEMO ENDORSED** 9/20/07

1. The case will remain stayed until the reopens collection until further court order.

2. Plaintiff's next status report is due 10/15 (and an every month thereafter, until further court order).

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** September 20, 2007                **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Rhonda L. Meyer, Esq. | 516-684-2939 |
| Matthew L. Schwartz, Esq. | 212-637-2750 |
| Elliot J. Zucker, Esq. | 212-593-6970 |
| Nicholas Marotta, Esq. | 212-227-6050 |

# TRANSCRIPTION:

**MEMO ENDORSED 9/20/07**

1. The case will remain stayed and on the suspense calendar until further Court order.

2. Plaintiff's next status report is due 10/15 (and, as necessary, on the 15th of every month thereafter, until further Court order).