

**PEGALIS & ERICKSON, LLC**
ATTORNEYS AND COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/07

STEVEN E. PEGALIS
MEMBER OF NEW YORK & PENNSYLVANIA BARS
STEPHEN E. ERICKSON
MEMBER OF NEW YORK & NEW JERSEY BARS
ANNAMARIE BONDI-STODDARD
MEMBER OF NEW YORK & NEW JERSEY BARS
JAMES B. BAYDAR
SANFORD S. NAGROTSKY

RHONDA L. MEYER
GERHARDT M. NIELSEN
ROBERT V. FALLARINO
MEMBER OF NEW YORK & DISTRICT OF COLUMBIA BARS
LINDA M. OLIVA

RECEIVED OCT 17 2007 CHAMBERS OF ANDREW J. PECK

SUITE 107
LAKE SUCCESS, NEW YORK 11042

(516) 684-2900
(212) 517-9995
(718) 567-7171
TOLL FREE (866) 833-8257
FAX (516) 684-2939
www.pegalisanderickson.com

DORI ANN CACIOPPO, RN
NURSE CONSULTANT

October 17, 2007

**MEMO ENDORSED** 10/17/07

[Handwritten notes: illegible]

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

VIA FACSIMILE - 212-805-7933
Hon. Andrew J. Peck
Unites States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Suite 1370
New York, New York 10007

BY FAX

Re: Sakif, et al. v. The United States
    No. 06 CV 2719 (AJP)

Dear Judge Peck:

As you are aware, you placed this matter on the suspense calendar until further Court Order. As of the last status report we gave you, plaintiff had moved, by Order to Show Cause, in the Supreme Court, Bronx County. Just prior to the return date of the Order to Show Cause, counsel for Lawrence Ham, M.D. signed a Stipulation consenting to serve an answer in the Supreme Court action.

As such, at this time, we are awaiting receipt of answers of the defendants in the Supreme Court action. The answer of the hospital is to be served on or before October 18, 2007. The answer of Lawrence M. Ham is due to be served on or before October 29, 2007.

## PEGALIS & ERICKSON, LLC

Hon. Andrew J. Peck
Unites States Magistrate Judge
October 17, 2007
Page 2

    Thank you for your attention to this matter.

                      Very truly yours,

                      PEGALIS & ERICKSON, LLC

                      Rhonda L. Meyer

RLM:bc
cc: Peter Taglia 212-227-6050 (via facsimile)
    Dwyer & Taglia

    Elliot Zucker 212-593-6970 (via facsimile)
    Aaronson, Rappaport, Feinstein & Deutsch

    Matthew Schwartz - 212-637-2750 (via facsimile)
    U.S. Attorney's Office

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** October 17, 2007

**Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Rhonda L. Meyer, Esq. | 516-684-2939 |
| Matthew L. Schwartz, Esq. | 212-637-2750 |
| Elliot J. Zucker, Esq. | 212-593-6970 |
| Peter Taglia, Esq. | 212-227-6050 |

# TRANSCRIPTION:

**MEMO ENDORSED 10/17/07**

The Court assumes that once all defendants have answered in state court, this case can be dismissed w/o prejudice. Take that into consideration when furnishing the next status letter.