

# PEGALIS & ERICKSON, LLC
ATTORNEYS AND COUNSELORS AT LAW

STEVEN E. PEGALIS
MEMBER OF NEW YORK & PENNSYLVANIA BARS
STEPHEN E. ERICKSON
MEMBER OF NEW YORK & NEW JERSEY BARS
ANNAMARIE BONDI-STODDARD
MEMBER OF NEW YORK & NEW JERSEY BARS
JAMES B. BAYDAR
SANFORD S. NAGROTSKY

RHONDA L. MEYER
GERHARDT M. NIELSEN
ROBERT V. FALLARINO
MEMBER OF NEW YORK & DISTRICT OF COLUMBIA BARS
LINDA M. OLIVA

1 HOLLOW LANE
SUITE 107
LAKE SUCCESS, NEW YORK 11042

(516) 684-2900
(212) 517-9995
(718) 367-7171
TOLL FREE (866) 633-6257
FAX (516) 684-2939
www.pegalisanderickson.com

DORI ANN CACIOPPO, RN
NURSE CONSULTANT



November 14, 2007

VIA FACSIMILE - 212-805-7933
Hon. Andrew J. Peck
Unites States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Suite 1370
New York, New York 10007

Re: Sakif, et al. v. The United States
No. 06 CV 2719(AJP)

**BY FAX**

**MEMO ENDORSED** 11/15/07

Accordingly, case is deemed without prejudice. Adjustments are dismissed & not [illegible]

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Dear Judge Peck:

As you are aware, you placed this matter on the suspense calendar until further Court Order. As of the last status report we gave you, we were awaiting receipt of answers of the defendants in the Supreme Court action. The answers have been received and plaintiff will be filing a Notice of Medical Malpractice at this time.

Thank you for your attention to this matter.

Very truly yours,

PEGALIS & ERICKSON, LLC

Rhonda L. Meyer

RLM:bc

PEGALIS & ERICKSON, LLC

Hon. Andrew J. Peck
Unites States Magistrate Judge
November 14, 2007
Page 2


cc: Peter Taglia 212-227-6050 (via facsimile)
    Dwyer & Taglia

    Elliot Zucker 212-593-6970 (via facsimile)
    Aaronson, Rappaport, Feinstein & Deutsch

    Matthew Schwartz - 212-637-2750 (via facsimile)
    U.S. Attorney's Office

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  November 15, 2007                    Total Number of Pages: 3

| TO | FAX NUMBER |
|---|---|
| Rhonda L. Meyer, Esq. | 516-684-2939 |
| Matthew L. Schwartz, Esq. | 212-637-2750 |
| Peter Taglia, Esq. | 212-227-6050 |
| Elliot J. Zucker, Esq. | 212-593-6970 |

# TRANSCRIPTION:

**MEMO ENDORSED 11/15/07**

Accordingly, this case is dismissed without prejudice. All pending motions are dismissed as moot.