USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/08

**PEGALIS & ERICKSON, LLC**
ATTORNEYS AND COUNSELORS AT LAW

RECEIVED
FEB 06 2008
CHAMBERS OF
ANDREW J PECK

STEVEN E. PEGALIS
MEMBER OF NEW YORK & PENNSYLVANIA BARS
STEPHEN E. ERICKSON
MEMBER OF NEW YORK & NEW JERSEY BARS
ANNAMARIE BONDI-STODDARD
MEMBER OF NEW YORK & NEW JERSEY BARS
JAMES B. BAYDAR
SANFORD B. NAGROTSKY
―
RHONDA L. MEYER
GERHARDT M. NIELSEN
ROBERT V. FALLARINO
MEMBER OF NEW YORK & DISTRICT OF COLUMBIA BARS
LINDA M. OLIVA

1 HOLLOW LANE
SUITE 107
LAKE SUCCESS, NEW YORK 11042

(516) 684-2900
(212) 517-9995
(718) 567-7171
TOLL FREE (866) 633-6257
FAX (516) 684-2939
www.pegalisanderickson.com

DORI ANN CACIOPPO, RN
NURSE CONSULTANT

February 6, 2008

VIA FACSIMILE - 212-805-7933
Hon. Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Suite 1370
New York, New York 10007

**MEMO ENDORSED** p2

Re: Sakif v. United States of America
    06 CV 2719

Dear Justice Peck:

As you may recall, you dismissed this case without prejudice, so that plaintiff could pursue the action in state court. The United States Department of Health & Human Services declined to certify as federal employees, Bronx Lebanon Hospital personnel with regard to involvement in the case. Originally the matter was brought in state court, but removed because the Department of Health & Human Services certified that they were employees.

Discovery is underway in the state court action, but Aaronson, Rappaport, Feinstein & Deutsch has been unable to obtain the original Bronx Lebanon Hospital records from the U.S. Attorney's office. In response to my request that the U.S. Attorney's office provide hospital counsel with the pertinent records, Matthew Schwartz of the U.S. Attorney's office has refused and requested that plaintiff sign a consent dismissing the federal case with prejudice, or, in the alternative, sign a waiver of any claims against the United State government. Plaintiff cannot, and will not, sign any such stipulation. The refusal of the U.S. Attorney's office to turn over these records is needlessly delaying pretrial

PEGALIS & ERICKSON, LLC

Honorable Andrew J. Peck
Page 2
February 6, 2008

proceedings in the Supreme Court action. Clearly the records of Bronx Lebanon Hospital are the property of Bronx Lebanon Hospital and as such, the records should be in the possession of Bronx Lebanon Hospital and/or its representatives, Aaronson, Rappaport, Feinstein & Deutsch.

I am requesting that you assist in the resolution of this matter and I thank you in advance for your assistance. If you have any questions, please do not hesitate to contact me.

Very truly yours,

PEGALIS & ERICKSON, LLC

Rhonda L. Meyer

RLM:bc

cc: Gary Dwyer - via facsimile 212-227-6050
Dwyer & Taglia
111 John Street
New York, New York 10038

Jonathan Meister - via facsimile 212-593-6970
Aaronson Rappaport Feinstein &
Deutsch, LLP
757 Third Avenue
New York, New York 10017

Matthew L. Schwartz - via facsimile 212-637-2750
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007

BY FAX

MEMO ENDORSED 2/6/08

Either the USAO's Office should return the originals to BL-Lebanon's counsel keeping a copy for its files, or if they prefer — they should — produce copies. [illegible handwriting]

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:   February 6, 2008                    Total Number of Pages:  3

| TO | FAX NUMBER |
|---|---|
| Rhonda L. Meyer, Esq. | 516-684-2939 |
| Matthew L. Schwartz, Esq. | 212-637-2750 |
| Gary J. Dwyer, Esq. | 212-227-6050 |
| Jonathan Meister, Esq. | 212-593-6970 |

# TRANSCRIPTION:

### MEMO ENDORSED 2/6/08

Either the U.S. Attorney's Office should return the originals to Bronx Lebanon's counsel, keeping a copy for its files, or - if the parties in the state court case stipulate - provide copies and keep the originals.